EDWARD L. RIKER et al., Respondents, *v.* NORTH BRITISH AND MERCANTILE INSURANCE COMPANY OF LONDON AND EDINBURGH, Appellant.

*Riker* v. *North British & Mercantile Ins. Co.*, 132 App. Div. 948, affirmed.
(Argued October 5, 1910; decided October 25, 1910.)

APPEAL from a judgment entered June 15, 1909, upon an order of the Appellate Division of the Supreme Court in the

fourth judicial department, which overruled defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denied a motion for a new trial and directed judgment for plaintiffs upon the verdict in an action to recover upon a policy of fire insurance.

*Hiram R. Wood* and *Horace McGuire* for appellant.

*E. W. Hamm* and *Frederick W. Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.